**SEALED**

**FILED**

SEP 3 0 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF <br><br> JAMES WILLIAM ROBERTSON, <br><br> Fugitive. | NO. 2-11mj310 KJN <br><br> **UNDER SEAL** <br><br> ORDER AUTHORIZING PROVISIONAL ARREST PURSUANT TO 18 U.S.C. § 3184 |

BEFORE ME, a United States Magistrate Judge for the Eastern District of California, personally appeared Assistant United States Attorney Michelle A. Prince, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that James William Robertson, should be apprehended and brought before this Court to the end that the evidence of criminality may be heard and considered as provided in 18 U.S.C. § 3184 and the Extradition Treaty between the United States and Canada.

IT IS THEREFORE ORDERED that a warrant for the provisional arrest of James William Robertson, be issued.

Dated: Sep. 29, 2011

_____
THE HON. KENDALL J. NEWMAN
United States Magistrate Judge

-1-
Order Authorizing Provisional Arrest Pursuant to 18 U.S.C. § 3184