**SEALED**

FILED
SEP 30 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF | NO. 2:11-mj-310 KJN |
| JAMES WILLIAM ROBERTSON, | **UNDER SEAL** |
| Fugitive. | ORDER SEALING THE COMPLAINT AND ORDER AUTHORIZING PROVISIONAL ARREST |

The United States of America has submitted a complaint and order authorizing the provisional arrest of the above-referenced subject pursuant to a request by the Canadian government under 18 U.S.C. § 3184,

IT IS HEREBY ORDERED that the complaint and order authorizing provisional arrest shall be filed under seal and shall not be disclosed pending further order of this Court.

Dated: Sept 29, 2011

THE HON. Kendall J. Newman
United States Magistrate Judge

-1-
Order Sealing the Complaint and Order Authorizing Provisional Arrest