**SEALED**

BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2758
Facsimile: (916) 554-2900

Attorneys for the
United States of America

**FILED**

SEP 30 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF<br><br>JAMES WILLIAM ROBERTSON,<br><br>           Fugitive. | NO. 2:11-MJ-310-KJN<br><br>MOTION TO UNSEAL THE COMPLAINT AND ORDER AUTHORIZING PROVISIONAL ARREST |

The United States of America hereby applies to this Court for an order unsealing the complaint and order authorizing provisional arrest, which were previously sealed by the Court on September 29, 2011. The reason for the unsealing is that the subject has been arrested.

DATED: September 30, 2011       Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                                By: /s/Michelle A. Prince
                                    MICHELLE A. PRINCE
                                    Assistant U.S. Attorney