IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF | ) NO. 2:11-MJ-310-KJN |
| JAMES WILLIAM ROBERTSON, | ) ORDER UNSEALING THE COMPLAINT AND ) ORDER AUTHORIZING PROVISIONAL |
| Fugitive. | ) ARREST |

The complaint and order in this case having been sealed by this Court on September 29, 2011, and it appearing that they no longer need to remain secret based on the subject's arrest,

IT IS HEREBY ORDERED that the complaint and order be unsealed and made public record.

DATED: _____        _____
                           United States Magistrate Judge