UN-SEALED

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Eastern District of California

2045788

UNITED STATES OF AMERICA

V.

IN RE EXTRADITION OF
JAMES WILLIAM ROBERTSON

**WARRANT FOR ARREST**

Case Number: 2:11-mj-310 KJN

FILED
OCT - 4 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JAMES WILLIAM ROBERTSON
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

being a fugitive from Canada, which has sought extradition to answer to charges of (1) sexual assault, in violation of section 246.1 of the Criminal Code of Canada ("CCC"); (2) two counts of indecent assault of a male person upon another male person, in violation of section 156 of the CCC; (3) two counts of indecent assault upon a female, in violation of section 141(1) of the CCC; (4) three counts of indecent assault upon a female, in violation of section 149(1) of the CCC; (5) rape, in violation of section 136(a) of the CCC; (6) rape, in violation of section 144 of the CCC; (7) common assault, in violation of section 231(1) of the CCC; and (8) common assault, in violation of section 245(1) of the CCC all committed in Sidney, British Columbia, pursuant to the extradition treaty between the United States and Canada, and Title 18 United States Code, Section 3184.

in violation of Title  18  United States Code, Section(s)  3184

The Honorable Kendall J. Newman                    [signature]
Name of Issuing Officer                            Signature of Issuing Officer

United States Magistrate Judge                     9/29/2011        Sacramento, California
Title of Issuing Officer                           Date and Location

No bail pending hearing

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

E/CA SAC.

| DATE RECEIVED  9-30-11 | NAME AND TITLE OF ARRESTING OFFICER  KEVIN BIERNAT  SI, DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST  9-30-11 | | |