**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

*Daniel J. Broderick*          (916) 498-5700  Fax: (916) 498-5710          *Linda C. Harter*
*Federal Defender*                                                           *Chief Assistant Defender*


# M E M O R A N D U M

DATE:      November 7, 2011

TO:        Pete Buzo, Courtroom Clerk to the
           Honorable Dale A. Drozd

FROM:      Rachelle Barbour, Attorney

SUBJECT:   In re: Extradition of James William Robertson, Mag. No. 11-310-KJN

---

The extradition hearing in this case is currently set for November 9, 2011 at 2:00 p.m. The government has not yet received the extradition packet from the Department of State, but expects to receive it this week.  Accordingly, the parties request that the extradition hearing be continued one week, to November 16, 2011 at 2:00 p.m.  I have communicated with AUSA Michelle Prince, who concurs with this request.

Please contact me with any questions or concerns.  Thank you for your attention to this matter.