DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, BAR # 185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| In Re Extradition of | ) | CASE NO.  Mag. No. 11-310-KJN |
| | ) | |
| JAMES WILLIAM ROBERTSON. | ) | STIPULATION AND ORDER TO |
| _____ | ) | CONTINUE EXTRADITION HEARING |

New Date:  November 16, 2011
Time:  2:00 p.m.
Judge: Dale A. Drozd


     It is hereby stipulated and agreed to between the United

States of America through MICHELLE PRINCE, Assistant U.S.

Attorney, and defendant, JAMES WILLIAM ROBERTSON by and though

his counsel, RACHELLE BARBOUR, of the Office of the Federal

Defender, that the extradition hearing set for November 9, 2011

be rescheduled for November 16, 2003 at 2:00 p.m.  The government

has not yet received the extradition packet from the Department

/ / /

/ / /

/ / /

/ / /

/ / /

1

of State, but expects to receive it this week.  The Speedy Trial Act does not apply.

DATED: November 7, 2011          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Rachelle Barbour
                                 RACHELLE BARBOUR
                                 Research and Writing Attorney
                                 Attorney for Defendant
                                 JAMES WILLIAM ROBERTSON



                                 BENJAMIN B. WAGNER
                                 United States Attorney


DATED: November 7, 2011          /s/ Rachelle Barbour for
_____         MICHELLE PRINCE
                                 Assistant U.S. Attorney

                            **O R D E R**

  **IT IS SO ORDERED.**


DATED: November _____, 2011.     _____
_____         DALE A. DROZD
                                 UNITED STATES MAGISTRATE JUDGE

2