1  DANIEL J. BRODERICK
   Federal Defender
2  RACHELLE BARBOUR, BAR # 185395
   Research and Writing Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

FILED

NOV -7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Extradition of )<br>)<br>JAMES WILLIAM ROBERTSON. )<br>_____ ) | CASE NO.  Mag. No. 11-310-KJN<br><br>STIPULATION AND ORDER TO<br>CONTINUE EXTRADITION HEARING<br><br>New Date: November 16, 2011<br>Time:  2:00 p.m.<br>Judge: Dale A. Drozd |

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant U.S. Attorney, and defendant, JAMES WILLIAM ROBERTSON by and though his counsel, RACHELLE BARBOUR, of the Office of the Federal Defender, that the extradition hearing set for November 9, 2011 be rescheduled for November 16, 2003 at 2:00 p.m.  The government has not yet received the extradition packet from the Department

/ / /
/ / /
/ / /
/ / /
/ / /

1

1  of State, but expects to receive it this week.  The Speedy Trial
2  Act does not apply.
3  DATED: November 7, 2011        Respectfully submitted,
4                                 DANIEL J. BRODERICK
                                  Federal Defender
5
6                                 /s/ Rachelle Barbour
                                  RACHELLE BARBOUR
7                                 Research and Writing Attorney
                                  Attorney for Defendant
8                                 JAMES WILLIAM ROBERTSON
9
10                                BENJAMIN B. WAGNER
                                  United States Attorney
11
12 DATED: November 7, 2011        /s/ Rachelle Barbour for
                                  MICHELLE PRINCE
13                                Assistant U.S. Attorney
14

**O R D E R**

15
16  **IT IS SO ORDERED.**
17  DATED: November 7, 2011.       _____
                                   DALE A. DROZD
18                                 UNITED STATES MAGISTRATE JUDGE