BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2758

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-MJ-310 KJN |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MEMORANDUM IN |
| | ) | SUPPORT OF EXTRADITION |
| v. | ) | |
| | ) | |
| JAMES WILLIAM ROBERTSON, | ) | DATE: November 16, 2011 |
| | ) | TIME:  2:00 p.m. |
| | ) | COURT: Hon. Dale A. Drodz |
| Defendant. | ) | |
| _____ | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF EXTRADITION**

On September 30, 2011, the United States filed an initial complaint for the extradition of James William Robertson hereinafter "Robertson", at the request of the Government of Canada pursuant to the Extradition Treaty between the United States and the Government of Canada. 27 U.S.T. 983, TIAS 8237. In this matter, the United States acts on behalf of the Canadian government in accordance with United States' treaty obligations.