BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2758

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case. No 2:11-MJ-310 KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION RE: CONTINUANCE |
| v. | ) | OF EXTRADITION HEARING |
| | ) | AND PROPOSED ORDER |
| JAMES WILLIAM ROBERTSON, | ) | |
| | ) | Date: November 22, 2011 |
| Defendant. | ) | Time: 2:00 p.m. |
| | ) | Hon. Dale A. Drozd |
| | ) | |
| | ) | |

It is hereby stipulated by and between the United States of America through Michelle Prince, Assistant United States Attorney, and defendant James William Robertson, by and through his counsel, Rachelle Barbour, Esq., that the extradition hearing

//
//
//

1

currently set for November 22, 2011, be vacated and reset for December 2, 2011.

DATED: November 18, 2011            BENJAMIN B. WAGNER
                                    United States Attorney


                                    By:/s/ Michelle A. Prince
                                    Michelle A. Prince
                                    Assistant U.S. Attorney


                                    /s/ Michelle A. Prince for
                                    Rachelle Barbour, ESQ.
                                    Attorney for Defendant

The above stipulation of counsel is accepted.

IT IS SO ORDERED.

Dated: _____            _____
                             HONORABLE DALE A. DROZD
                             UNITED STATES JUDGE