BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2758

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case. No 2:11-MJ-310 KJN |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION RE: CONTINUANCE |
| v. ) | OF EXTRADITION HEARING |
| ) | AND ORDER |
| JAMES WILLIAM ROBERTSON, ) | |
| ) | Date: November 22, 2011 |
| Defendant. ) | Time: 2:00 p.m. |
| ) | Hon. Dale A. Drozd |
| ) | |
| ) | |

It is hereby stipulated by and between the United States of America through Michelle Prince, Assistant United States Attorney, and defendant James William Robertson, by and through his counsel, Rachelle Barbour, Esq., that the extradition hearing

//

//

//

1

currently set for November 22, 2011, be vacated and reset for December 2, 2011, at 1:30 p.m. before Magistrate Judge Dale A. Drozd.

DATED: November 18, 2011                BENJAMIN B. WAGNER
                                        United States Attorney


                                        By:/s/ Michelle A. Prince
                                        Michelle A. Prince
                                        Assistant U.S. Attorney



                                        /s/ Michelle A. Prince for
                                        Rachelle Barbour, ESQ.
                                        Attorney for Defendant

   The above stipulation of counsel is accepted.

   IT IS SO ORDERED.

DATED: November 21, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1:crim
robertson0310.stipord.cont

2