DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, BAR # 185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In Re Extradition of

JAMES WILLIAM ROBERTSON.

CASE NO.  Mag. No. 11-310-KJN (DAD)

STIPULATION AND ORDER TO CONTINUE EXTRADITION HEARING

New Date: December 9, 2011
Time: 1:30 p.m.
Judge: Dale A. Drozd

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant U.S. Attorney, and defendant, JAMES WILLIAM ROBERTSON by and though his counsel, RACHELLE BARBOUR, of the Office of the Federal Defender, that the extradition hearing set for December 2, 2011 be rescheduled for December 9, 2011 at 1:30 p.m.  This is to enable Mr. Robertson to respond to the government's arguments regarding extradition.

/ / /
/ / /
/ / /

1

1 | Mr. Robertson is in custody. The Speedy Trial Act does not
2 | apply.
3 | DATED: December 1, 2011      Respectfully submitted,
4 |                              DANIEL J. BRODERICK
  |                              Federal Defender
5 |
6 |                              /s/ Rachelle Barbour
  |                              RACHELLE BARBOUR
7 |                              Research and Writing Attorney
  |                              Attorney for Defendant
8 |                              JAMES WILLIAM ROBERTSON
9 |
10|                              BENJAMIN B. WAGNER
  |                              United States Attorney
11|
12| DATED: December 1, 2011      /s/ Rachelle Barbour for
  |                              MICHELLE PRINCE
13|                              Assistant U.S. Attorney
14|
15|                         **O R D E R**
  | **IT IS SO ORDERED.**
16|
17| DATED: December ___, 2011.
  |                              DALE A. DROZD
18|                              UNITED STATES MAGISTRATE JUDGE