1  DANIEL J. BRODERICK
   Federal Defender
2  RACHELLE BARBOUR, BAR # 185395
   Research and Writing Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700



FILED

DEC -1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In Re Extradition of

JAMES WILLIAM ROBERTSON.

)
)
)
)
)
)
)
)
)

CASE NO.  Mag. No. 11-310-KJN
(DAD)

STIPULATION AND ORDER TO
CONTINUE EXTRADITION HEARING

New Date: December 9, 2011
Time: 1:30 p.m.
Judge: Dale A. Drozd

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant U.S. Attorney, and defendant, JAMES WILLIAM ROBERTSON by and though his counsel, RACHELLE BARBOUR, of the Office of the Federal Defender, that the extradition hearing set for December 2, 2011 be rescheduled for December 9, 2011 at 1:30 p.m.  This is to enable Mr. Robertson to respond to the government's arguments regarding extradition.

/ / /
/ / /
/ / /

1 | Mr. Robertson is in custody. The Speedy Trial Act does not
2 | apply.
3 | DATED: December 1, 2011        Respectfully submitted,
4 |                                DANIEL J. BRODERICK
  |                                Federal Defender
5 |
6 |                                /s/ Rachelle Barbour
  |                                RACHELLE BARBOUR
7 |                                Research and Writing Attorney
  |                                Attorney for Defendant
8 |                                JAMES WILLIAM ROBERTSON
9 |
10|                                BENJAMIN B. WAGNER
  |                                United States Attorney
11|
12| DATED: December 1, 2011        /s/ Rachelle Barbour for
  |                                MICHELLE PRINCE
13|                                Assistant U.S. Attorney
14|
  |                                    O R D E R
15|
  |   IT IS SO ORDERED.
16|
17| DATED: December __1__, 2011.    _____
  |                                 DALE A. DROZD
18|                                 UNITED STATES MAGISTRATE JUDGE