1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# EXHIBIT "1"

26
27
28

**National Sex
Offender Registry**

## British Columbia Sex Offender Information Registration Centre – BC SOIRC

Julie Denny
Paralegal
Office of the Federal Defender
Eastern District of California
801 I Street, 3rd Floor
Sacramento, California
USA  95814

Ms Denny

This letter serves to provide official confirmation that James William ROBERTSON (DOB:1940-07-12) completed the following activities with the National Sex Offender Registry(NSOR) in Canada as indicated below:

| DATE | ACTIVITY | LOCATION OF REGISTRATION |
|------|----------|--------------------------|
| 2007-02-26 | Annual Registration | Surrey, British Columbia |
| 2008-02-13 | Annual Registration | Surrey, British Columbia |
| 2008-06-05 | Change of Address | Richmond, British Columbia |
| 2009-01-28 | Annual Registration | Richmond, British Columbia |
| 2010-01-28 | Annual Registration | Richmond, British Columbia |
| 2011-01-29 | Non-Compliant NSOR – Request for Charges forwarded to Crown Counsel | |

Should Mr. ROBERTSON require any further information please advise him to contact our office at 1-866-648-5933.

Sgt. Robin BRIDGE
NCO i/c National Sex Offender Registry - British Columbia
Behavioural Sciences Group
604-598-4553