**EXHIBIT A**



**Re: James Robertson**
Howard Friedman   to: Rachelle_Barbour                                    10/19/2011 11:35 AM

```
Attached are three photos of the elevator and hall postings made by
management.  Someone crayoned over their advertisement and 1 or 2 days later,
they put up this posting, essentially saying to the crayon-wielder,
"If you keep messing with us, we will do to you what we did to Jim
(Robertson)".  Incidentally, as a meticulous attorney, Jim was on to the vast
array of shenanigans the Directors and Management pull here.
```



elevator_threat1.png



elevator_threat2.png



elevator_threat3.png

The Anonymous Artist is no longer Anonymous

Courtesy of...

Keep it up and you and Jim will be Roachies



Artist is no longer Anonymous

Courtesy/Daily Cal

Keep it up and you and Jim will be Roomies