# AFFIDAVIT

I, Kevin Biernat, being duly sworn, do hereby declare and state the following:

1.  I am a Deputy U.S. Marshal assigned to the Eastern District of California, and have been so employed since June 1994. During this time, I have been assigned to fugitive investigations and have conducted several investigations of sexual offenders. As a Deputy U.S. Marshal, I am authorized under 28 U.S.C. Section 564 to enforce the laws of the United States, including violations of the Sex Offender Registration and Notification Act ("SORNA"), a federal failure to register offense, pursuant to 18 U.S.C. Section 2250. I have also conducted numerous fugitive investigations and have employed numerous tactics to locate and apprehended individuals that have attempted to avoid apprehension by law enforcement.

2.  I am the case agent for an investigation of James William Robertson, an offender required to register as a sex offender in Canada. Robertson was convicted for sex crimes against children. The criminal sexual behavior occurred over a twenty year period and Robertson victimized boys and girls between the ages of 4 to 17.

3.  Based on my training, experience, and participation in this investigation, I am aware of the following facts;

4.  In September 2011, South Lake Tahoe Police Detective Doug Sentell informed me that Robertson had recently babysat a 7 year old girl. According to Detective Sentell, Kruspe and

her daughter both live at Lakeland Village. This is the same community at which Robertson resides in South Lake Tahoe, CA. According to Detective Sentell, Robertson befriended Rachael Kruspe and her 7 year old daughter. On one occasion, Robertson, Kruspe, and Kruspe's 7 year old daughter went on a gondola ride with tickets provided by Robertson. Later, on 09/24/11, Kruspe found herself in a situation in which she needed a babysitter. Robertson volunteered to babysit the Kruspe's 7 year old daughter. Kruspe agreed.

After babysitting the young girl, Robertson told Kruspe that he had been convicted of child abuse in Canada. Robertson disclosed this to Kruspe on 09/27/11. Kruspe reported this to Detective Sentell during which she stated that she felt Robertson was trying to sugar-coat his past. Kruspe also reported to Detective Sentell that Robertson described the 7 year old girl to Kruspe as "spirited" and a "tease".

Kruspe asked her daughter if Robertson had touched her in an inappropriate way. Her daughter answered no. With the permission of Kruspe, the 7 year old was later taken to meet Women's Center Advocate Sara Sanchez. Detective Sentell and Women's Center SART Coordinator Lili Sanchez were also present. During the interview, the girl did not disclose any abuse.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*G. Kevin Biernat* 1/17/12
Kevin Biernat
Deputy U.S. Marshal

Biernat Affidavit – Robertson