| Arrest ☐ | **SOUTH LAKE TAHOE POLICE DEPARTMENT** | CASE # |
|---|---|---|
| Crime ☐ | 1352 Johnson Blvd, South Lake Tahoe, CA 96150 | 1109-2903 |
| Non-Criminal ☒ | CA0090200 | |
| | **Narrative Report** | Page 1 of 2 |

**OFFENSE(S)**
SUSCIRC Suspicious Circumstance

**OFFENSE(S) cont'd.**

**DATE, TIME AND DAY OF OCCURENCE**
09/29/11  10:03  Thursday

**DATE AND TIME REPORTED**
09/29/11  10:03

**LOCATION OF OCCURENCE**
3535 Lake Tahoe Bl 125, S Lake Tahoe

**LOCATION NAME**

**TYPE OF LOCATION**

**BEAT** 2  **SECTOR** 201

**NARRATIVE**

On 9/28/11, I was notified that a sex offender, James Robertson, had babysat a 7 year old girl, ███████, the past weekend. The mother, ███████, worked at Lakeland Village where James lived.

On 9/28/11, I called ███████ and talked to her about this incident. She told me the following:

███████ said she worked at Lakeland Village and was often contacted by residence James Robertson. She said he was friendly and would come into the lobby to speak with her. ███████ said James started asking to take her and her daughter out to the gondola. He mentioned to her he had tickets to the gondola and wanted to take both of them on it.

███████ said she eventually agreed to go on the gondola with James and her daughter, which they did the previous weekend.

███████ said last Saturday, she needed a babysitter for a short time while she was at work, as her babysitter canceled unexpectedly. James heard this and offered to watch ███████. ███████ agreed and allowed him to watch ███████ on 9/24/11.

███████ said after the babysitting, James called her and said he wanted to talk. They eventually spoke on Tuesday, 9/27/11, once she came to work. Once at work, he told ███████ he had been convicted of child abuse in Canada. He told her "they said" he did things to his kids. ███████ said she got the impression that James was trying to sugar-coat his past to make her at ease.

James also told ███████ that ███████ was "spirited" and a "tease".

███████ had a conversation with ███████ and asked her about her time with James. ███████ even asked her if he had touched her in any inappropriate way. She said no. ███████ then asked her what if something happened accidentally. ███████ asked her if James touched her accidentally. ███████ still said nothing happened.

███████ agreed to allow ███████ to be interviewed. We met at the SART room on 9/29/11 at about 1600 hours. Women's Center Advocate Sara Sanchez conducted the interview.

**ADMINISTRATION**

| BY OFFICER | DATE/TIME | APPROVED BY | DATE APPROVED |
|---|---|---|---|
| D. Sentell 182 | 10/06/2011 09:12 | David Stevenson 153 | 10/06/11 |
| **OFFICER** | **UNIT/SHIFT** | **ASSIGNED TO** | **CASE STATUS** Closed |

| Arrest ☐ Crime ☐ Non-Criminal ☒ | **SOUTH LAKE TAHOE POLICE DEPARTMENT**<br>1352 Johnson Blvd, South Lake Tahoe, CA 96150<br>CA0090200<br>**Narrative Report** | CASE #<br>1109-2903<br>Page 2 of 2 |
|---|---|---|

| OFFENSE(S)<br>SUSCIRC Suspicious Circumstance | OFFENSE(S) cont'd. | | |
|---|---|---|---|
| DATE, TIME AND DAY OF OCCURENCE<br>09/29/11 10:03 Thursday | DATE AND TIME REPORTED<br>09/29/11 10:03 | | |
| LOCATION OF OCCURENCE<br>3535 Lake Tahoe Bl 125, S Lake Tahoe | LOCATION NAME | TYPE OF LOCATION | BEAT 2 / SECTOR 201 |

**NARRATIVE**

Women's Center SART Coordinator Lili Sanchez was also present. I recorded the interview on DVD.

During the interview, ▇▇▇▇ didn't disclose any abuse. She detailed her time with James and disclosed nothing out of the ordinary.

Recommendations: Report for Documentation.

**ADMINISTRATION**

| BY OFFICER<br>D. Sentell 182 | DATE/TIME<br>10/06/2011 09:12 | APPROVED BY<br>David Stevenson 153 | DATE APPROVED<br>10/06/11 |
|---|---|---|---|
| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS<br>Closed |