```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE A. PRINCE
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,       )
                                    )   No.  2:11-MJ-310 KJN
11              Plaintiff,          )
                                    )
12       v.                         )
                                    )
13  JAMES WILLIAM ROBERTSON,        )
                                    )
14              Defendant.          )
15  _____)

16          NOTICE TO CORRECT CATHERINE MURRAY'S AFFIDAVIT
```

17  The United States of America, through its undersigned counsel, Assistant United States Attorney Michelle A. Prince, gives notice of the following information. On August 24, 2012, Michelle A. Prince was informed by the Office of International Affairs (OIA) that Canada Justice prosecutor, Catherine Murray, had contacted and informed OIA that JAMES ROBERTSON <u>did</u> in fact report to a sex offender registration center in Canada. Therefore, paragraph 21 of Catherine Murray's affidavit, where she states that "ROBERTSON has never reported to a sex offender registration center" is incorrect. Further though, as mentioned in paragraph 22 of Murray's affidavit, even though ROBERTSON was charged in Canada for failing to report as a sex offender, extradition for this offense was not sought by

1

1 | Canada.
2 |     Justice Canada advised that they requested an affidavit
3 | correcting this misleading information and explaining that it does
4 | not affect their extradition request.
5 |     Consequently, the United States respectfully informs the court
6 | and counsel that a corrected affidavit is attached to this notice.
7 | The original and certified affidavit is forthcoming.
8 |
9 | DATED: August 27, 2012                    BENJAMIN B. WAGNER
                                              United States Attorney
10 |
11 |
                                              By:/s/ Michelle A. Prince
12 |                                              MICHELLE PRINCE
                                                 Assistant U.S. Attorney