

U.S. Department of State

**CERTIFICATE TO BE ATTACHED TO DOCUMENTARY
EVIDENCE ACCOMPANYING REQUISITIONS IN
THE UNITED STATES FOR EXTRADITION
AMERICAN FOREIGN SERVICE**

OTTAWA, CANADA   09-04-2012

Place and Date *(mm-dd-yyyy)*

I, _Sylvia D. Johnson_ , _Consul General_
      Name                                                   Title

of the United States of America at  Ottawa, Canada

hereby certify that the annexed papers, being  Supplementary affidavit

-------------------------------------------------

proposed to be used upon an application for the extradition from the United States of America

of James Wiliams Robertson

charged with the crime of   is wanted to serve the remainder (9 yrs. 9 mos. and 18 days of a

sentence to stand trial on 3 counts of breach of a long term supervision

alleged to have been committed in   the Province of British Columbia

are properly and legally authenticated so as to entitle them to be received in evidence for similar purposes by

the tribunals of   Canada

as required by Title 18, United States Code, Section 3190.

In witness whereof I hereunto sign my name and cause my seal of office to be affixed

this   Fourth   day of   September 2012
                                                    Month and Year

Signature

Sylvia D. Johnson, Consul General
Type Name and Title of Certifying Officer
of the United States of America.

DS-36
04-2007

Department of Justice    Ministère de la Justice
Canada                   Canada

Ottawa, Canada
K1A 0H8

# CERTIFICATE OF AUTHENTICATION

*IN THE MATTER OF the extradition of **JAMES WILLIAM ROBERTSON** from the United States of America to British Columbia, Canada*

I, SARA SILVESTRI, Counsel for the International Assistance Group, Department of Justice of Canada, do hereby certify:

THAT attached to this Certificate is supplementary authenticated documentation presented by Canada in support of the extradition of **JAMES WILLIAM ROBERTSON** who is wanted in the Province of British Columbia to serve the remainder (9 years 9 months 18 days) of a sentence and to stand trial on three counts of breach of a long term supervision order, contrary the *Criminal Code*.

THAT the supplementary documentation attached to this certificate is composed of:

- the original Affidavit of Law prepared on August 24, 2012 by Catherine Anne Murray, Crown Prosecutor for the Ministry of Attorney General of British Columbia.

THAT Stephen K. Fudge whose original signature appears at the end of the Affidavit of Catherine Anne Murray and exhibits thereto is a Commissioner of Oaths in and for the Province of British Columbia, having been duly commissioned and duly authorized by the laws thereof to administer oaths and to take affidavits within the said Province.

The Seal of the Minister of Justice of Canada is hereby affixed this 28th day of August, 2012.

_____
Sara Silvestri

Canada