DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, Cal. Bar # 185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for JAMES WILLIAM ROBERTSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In Re Extradition of<br><br>JAMES WILLIAM ROBERTSON. | Mag. No. 11-310-KJN (DAD)<br><br>MR. ROBERTSON'S STATUS REPORT and REQUEST FOR STATUS CONFERENCE IN EXTRADITION CASE<br><br>Date: October 24, 2012<br>Time: 2:00 p.m.<br>Judge: Dale A. Drozd |

    Mr. Robertson seeks a status conference on the government's pending request for extradition. He requests that the Court place this matter on calendar for October 24, 2012 at 2:00 p.m. or as soon thereafter as the Court is available. Defense counsel has confirmed the date with the Assistant United States Attorney.

    On December 16, 2011, this Court held an extradition hearing and took the matter of Mr. Robertson's extradition to Canada under submission. On December 30, 2011, Mr. Robertson moved for his pretrial release pending the Court's decision on extradition. He argued that the legal issues surrounding his extradition were so complex that the time needed to render a decision was likely

Status Report –
Robertson                                1

to result in a prolonged detention.

The Court denied Mr. Robertson's motion for release on January 18, 2012. At that hearing, the Court stated that it did not find extraordinary circumstances in favor of release because the case did not present "all that complicated of an issue. It may be hard to decide. I don't think it's all that complicated." (Docket 37, p. 22 [Transcript].) At the time of the hearing, the Court stated that it could not "find that there's been any unusual or extraordinary delay."[1] (Docket 37, p. 19.)

The Court has not yet determined whether Mr. Robertson must be extradited. Mr. Robertson has raised a number of arguments that would bar extradition in this case.

Recently, the government filed a correction to the affidavit used to support extradition and keep Mr. Robertson in custody. Despite her earlier sworn affidavit claiming that Mr. Robertson had never registered in Canada, the Canadian prosecutor now admits that Mr. Robertson had previously properly registered as a sex offender in Canada.

Mr. Robertson also wishes to notify the Court that he stipulated to his disbarment from the State Bar of California and was disbarred on May 14, 2012. State Bar Court of Cal., No. 11-O-16293.

Mr. Robertson requests that the Court place the matter on

---

[1] Legal complexity, likelihood of success, and delay in the proceedings are extraordinary circumstances that a Court may consider in granting release. Salerno v. United States, 878 F.2d 317 (9th Cir. 1989); United States v. Kamrin, No. 87.251M-01 (W.D. Wash. 1982); United States v. Taitz, 130 F.R.D. 442, 446 (S.D. Cal. 1990).

Status Report –
Robertson                             2

its duty calendar for a status conference on the government's pending request for extradition.

DATED: October 10, 2012          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Research and Writing Attorney
Attorney for Defendant
JAMES WILLIAM ROBERTSON