**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

| | | |
|---|---|---|
| *Daniel J. Broderick*<br>*Federal Defender* | (916) 498-5700  Fax: (916) 498-5710 | *Linda C. Harter*<br>*Chief Assistant Defender* |

# M E M O R A N D U M

DATE:       October 22, 2012

TO:         Pete Buzo, Courtroom Clerk to the
            Honorable Dale A. Drozd

FROM:       Rachelle Barbour, Research and Writing Attorney

SUBJECT:    <u>United States v. James William Robertson</u>
            Mag. No. 11-310-KJN

---

Please drop the status conference from your duty calendar on Wednesday, October 24, 2012, at 2:00 p.m..  The Court has already issued its order regarding extradition, so no status conference is needed.  Assistant United States Attorney Michelle Prince agrees with this request.

If you have any questions or concerns, please feel free to contact me.  Thank you for your attention to this matter.